UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENEEN MONTGOMERY SMITH**                                **CIVIL ACTION**

**VERSUS**                                                 **NO. 19-14770**

**LA DEPARTMENT OF HEALTH, ET AL**                         **SECTION "B"(5)**

<u>ORDER AND REASONS</u>

After issuing an order to show cause as to why the instant suit should not be dismissed without prejudice (Rec. Doc. 6), the Magistrate Judge issued a Report and Recommendation recommending that the above-captioned matter be dismissed without prejudice for failure to prosecute pursuant to Federal Rules of Civil Procedure 4(m) and 41(b). Rec. Doc. 7. The plaintiff filed an untimely response to the order to show cause, requesting that she be given additional time to serve all parties or, in the alternative, that the complaint be dismissed without prejudice. Rec. Doc. 8. For the reasons discussed below,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendations (Rec. Doc. 7) are **ADOPTED**; and

**IT IS FURTHER ORDERED** that plaintiff's complaint (Rec. Doc. 1) against all defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

Plaintiff is an employee with the State of Louisiana as a Government Liaison with the Bureau of Vital Records. Rec. Doc. 1-1. On December 27, 2019, plaintiff filed the instant suit *pro se* against the Louisiana Department of Health (LDH), Office of Public

1

Health (OPH), Bureau of Vital Records (BVR); M. Beth Scalco as OPH Deputy Assistant Secretary; Devin George as State Registrar BVR; Dr. Rebekah E. Gee as Secretary of LDH for race-based discrimination and retaliation under Title VII of the Civil Rights Act of 1964 and Americans with Disabilities Act of 1990. Rec. Doc. 1.

On July 13, 2020 at plaintiff's request, the Clerk of Court issued and forwarded summons to plaintiff to serve defendants in the manner prescribed by law. Rec. Doc. 5. However, upon the expiration of ninety days after the filing of the suit, no service returns or waivers of service were filed into the record indicating that service was properly made on the named defendants. Rec. Doc. 6. Therefore, plaintiff was ordered to show cause why the complaint should not be dismissed for failure to prosecute under Federal Rules of Civil Procedure 4(m) and 41(b). *Id.* However, plaintiff failed to respond by the required deadline. Rec. Doc. 7. As of today, the record does not reflect any further efforts to serve the named defendants.

On January 22, 2021, plaintiff filed an untimely response to the order to show cause. Rec. Doc. 8. Plaintiff does not dispute her failure to timely serve the defendants. She stated the delays were caused by the death of her father and the ongoing pandemic. *Id.* As such, plaintiff requests that an opportunity to serve all parties, or alternatively the dismissal of the captioned action

without prejudice. *Id.* Because plaintiff does not oppose the Magistrate Judge's recommendation, this Court concurs that the matter should be dismissed without prejudice to prevent further delays and provide plaintiff an opportunity to retain counsel for possible future action.

New Orleans, Louisiana this 5th day of February 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE